# CASE ANNOUNCEMENTS

*October 15, 2009*

[Cite as *10/15/2009 Case Announcements #2*, 2009-Ohio-5501.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Logan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for expedited discovery, or in the alternative to refer the case to mediation,

It is ordered by the court, sua sponte, that relators shall file a response to the motion for expedited discovery, or in the alternative to refer the case to mediation, no later than 10 a.m. on Monday, October 19, 2009.

**2009–1686. In re Broom.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus. Upon consideration of respondent's motion to substitute a return of writ for the previously filed motion to dismiss,

It is ordered by the court that the motion is granted, and the October 6, 2009 order's time for filing the return and a response to the return shall remain in effect.

# CASE ANNOUNCEMENTS

*October 16, 2009*

[Cite as *10/16/2009 Case Announcements*, 2009-Ohio-5489.]

## MISCELLANEOUS DISMISSALS

**2009–1745. Pierre–Louis, L.L.C. v. Sheward.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*October 19, 2009*

[Cite as *10/19/2009 Case Announcements*, 2009-Ohio-5509.]

## MISCELLANEOUS DISMISSALS